

| | | | | | | |
|---|---|---|---|---|---|---|
| **Employee Name:** | | James F Faraldi II | | **Pay Date:** | | 1/8/2026 |
| **Employee #:** | | 200630 | | **Pay Period:** | | 12/21/2025 - 1/3/2026 |
| **Employee Address:** | | 1050 Oranole Rd | | **Deposit Advice #:** | | 188490536 |
| | | Maitland, FL 32751 | | **Pay Frequency:** | | Bi-Weekly |
| **Department:** | | Recruitment (CCA) | | **Pay Rate:** | | $1,730.77 |
| **Business Title:** | | Recruiter | | **Federal Filing Status:** | | Single |
| | | | | **Federal 2c/Extra Withholding:** | | No/$0.00 |
| **Employer Name:** | | Cross Country Staffing Inc. | | **State Filing Status:** | | (FL) |
| | | | | **State Exemptions:** | | (FL) |
| **Employer Phone:** | | 1-800-347-2264 | | | | |
| **Employer Address:** | | 5201 Congress Ave | | | | |
| | | Suite 160 | | | | |
| | | Boca Raton, FL 33487 | | | | |

| | Current 12/21/2025 - 1/3/2026 | | | YTD As of 1/3/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | 30.4000 | | $657.69 | 30.4000 | $657.69 |
| Vacation Payout | 30.4000 | 21.6346 | $657.69 | 30.4000 | $657.69 |
| **Pre-Tax Deductions** | | | $94.62 | | $94.62 |
| Dental Pre-Tax | | | $11.54 | | $11.54 |
| Medical 125 | | | $83.08 | | $83.08 |
| **Taxes** | | | $43.07 | | $43.07 |
| FICA EE | | | $34.91 | | $34.91 |
| Fed MWT EE | | | $8.16 | | $8.16 |
| **Post-Tax Deductions** | | | $4.54 | | $4.54 |
| Accident Ins | | | $4.54 | | $4.54 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | $515.46 | | $515.46 |
| Direct Deposit | 041215663 | XXXXXXXXX1275 | $515.46 | | |

| Accruals & Balances | |
|---|---|
| Vacation Hours Balance: | 0.00 Hours |
| Personal Hours Balance: | 0.00 Hours |
| Sick Hours Balance: | 0.00 Hours |
| Volunteer Day Balance: | 0.00 Days - Daily Hours |

| Messages from your Employer |
|---|
| Ethics/Fraud Hotline Number: 1-800-354-7197  Patient Safety Hotline: 800-513-5635  Clinical Hotline: 800-998-5058 |





| | Employee Name: | James F Farley III |
| --- | --- | --- |
| | Employee #: | 200630 |
| | Employee Address: | 1050 Oranole Rd |
| | | Maitland, FL 32751 |
| | Department: | Recruitment (CCA) |
| | Business Title: | Recruiter |

| | |
| --- | --- |
| Employer Name: | Cross Country Staffing Inc. |
| Employer Phone: | 1-800-347-2264 |
| Employer Address: | 5201 Congress Ave |
| | Suite 160 |
| | Boca Raton, FL 33487 |

| | |
| --- | --- |
| Pay Date: | 12/24/2024 |
| Pay Period: | 12/7/2025 - 12/20/2025 |
| Deposit Advice #: | 178133736 |
| Pay Frequency: | Bi-Weekly |
| Pay Rate: | $1,730.77 |
| Federal Filing Status: | Single |
| Federal 2c/Extra Withholding: | No/$0.00 |
| State Filing Status: | (FL) |
| State Exemptions: | (FL) |

| | Current 12/7/2025 - 12/20/2025 | | | YTD As of 12/20/2025 | |
| --- | --- | --- | --- | --- | --- |
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 44.4000 | | $960.57 | 1,924.4000 | $73,314.94 |
| Regular | | | | 1,728.0000 | $37,384.61 |
| Holiday | | | | 56.0000 | $1,211.55 |
| Commission | | | | | $19,105.92 |
| Sick Pay | 14.0000 | 21.6346 | $302.88 | 32.0000 | $692.31 |
| Vacation | 30.4000 | 21.6346 | $657.69 | 84.4000 | $1,825.97 |
| Personal | | | | 24.0000 | $519.23 |
| Bonus | | | | | $12,875.00 |
| **On-Demand Previous Year | | | | | ($299.65) |
| **Pre-Tax Deductions** | | | $92.77 | | $2,412.02 |
| Dental Pre-Tax | | | $11.54 | | $300.04 |
| Medical 125 | | | $81.23 | | $2,111.98 |
| **Taxes** | | | $95.47 | | $14,112.42 |
| Fed W/H | | | $29.09 | | $8,688.35 |
| FICA EE | | | $53.80 | | $4,395.98 |
| Fed MWT EE | | | $12.58 | | $1,028.09 |
| **Post-Tax Deductions** | | | $4.54 | | $118.04 |
| Accident Ins | | | $4.54 | | $118.04 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $767.79 | | $56,672.46 |
| Direct Deposit | 041215663 | XXXXXXXXX1275 | $767.79 | | |

| Accruals & Balances | |
| --- | --- |
| Vacation Hours Balance: | 0.00 Hours |
| Personal Hours Balance: | 0.00 Hours |
| Sick Hours Balance: | 16.00 Hours |
| Volunteer Day Balance: | 1.00 Days - Daily Hours |

| Messages from your Employer |
| --- |
| Ethics/Fraud Hotline Number: 1-800-354-7197  Patient Safety Hotline: 800-513-5635  Clinical Hotline: 800-998-5058 |

**The amount of ODP wages and taxes from the first pay period paid out prior to January are reflected as YTD wages in the prior calendar year.





| | | | Employee Name: | James F Farley III | Pay Date: | 12/11/2024 |
| Employee #: | 200630 | Pay Period: | 11/23/2025 - 12/6/2025 |
| Employee Address: | 1050 Oranole Rd | Deposit Advice #: | 170218018 |
| | Maitland, FL 32751 | Pay Frequency: | Bi-Weekly |
| Department: | Recruitment (CCA) | Pay Rate: | $1,730.77 |
| Business Title: | Recruiter | Federal Filing Status: | Single |

**Employer Name:** Cross Country Staffing Inc.  
Federal 2c/Extra Withholding: No/$0.00

**Employer Phone:** 1-800-347-2264  
State Filing Status: (FL)

**Employer Address:** 5201 Congress Ave  
Suite 160  
Boca Raton, FL 33487  
State Exemptions: (FL)

| | Current 11/23/2025 - 12/6/2025 | | | YTD As of 12/6/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | | | **$1,059.50** | **1,880.0000** | **$72,354.37** |
| Regular | | | | 1,728.0000 | $37,384.61 |
| Holiday | | | | 56.0000 | $1,211.55 |
| Commission | | | $1,059.50 | | $19,105.92 |
| Sick Pay | | | | 18.0000 | $389.43 |
| Vacation | | | | 54.0000 | $1,168.28 |
| Personal | | | | 24.0000 | $519.23 |
| Bonus | | | | | $12,875.00 |
| **On-Demand Previous Year | | | | | ($299.65) |
| **Pre-Tax Deductions** | | | **$92.77** | | **$2,319.25** |
| Dental Pre-Tax | | | $11.54 | | $288.50 |
| Medical 125 | | | $81.23 | | $2,030.75 |
| **Taxes** | | | **$112.94** | | **$14,016.95** |
| Fed W/H | | | $38.98 | | $8,659.26 |
| FICA EE | | | $59.94 | | $4,342.18 |
| Fed MWT EE | | | $14.02 | | $1,015.51 |
| **Post-Tax Deductions** | | | **$4.54** | | **$113.50** |
| Accident Ins | | | $4.54 | | $113.50 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$849.25** | | **$55,904.67** |
| Direct Deposit | 041215663 | XXXXXXXXX1275 | $849.25 | | |

| **Accruals & Balances** |
|---|
| Vacation Hours Balance: | 25.78 Hours |
| Personal Hours Balance: | 0.00 Hours |
| Sick Hours Balance: | 30.00 Hours |
| Volunteer Day Balance: | 1.00 Days - Daily Hours |

| **Messages from your Employer** |
|---|
| Ethics/Fraud Hotline Number: 1-800-354-7197  Patient Safety Hotline: 800-513-5635  Clinical Hotline: 800-998-5058 |

**The amount of ODP wages and taxes from the first pay period paid out prior to January are reflected as YTD wages in the prior calendar year.





| | | | | | |
|---|---|---|---|---|---|
| **Employee Name:** | James F Ferley III | | **Pay Date:** | 1/26/2024 | |
| **Employee #:** | 200630 | | **Pay Period:** | 11/9/2025 - 11/22/2025 | |
| **Employee Address:** | 1050 Oranole Rd | | **Check #:** | 162444548 | |
| | Maitland, FL 32751 | | **Pay Frequency:** | Bi-Weekly | |
| **Department:** | Recruitment (CCA) | | **Pay Rate:** | $1,730.77 | |
| **Business Title:** | Recruiter | | **Federal Filing Status:** | Single | |
| **Employer Name:** | Cross Country Staffing Inc. | | **Federal 2c/Extra Withholding:** | No/$0.00 | |
| **Employer Phone:** | 1-800-347-2264 | | **State Filing Status:** | (FL) | |
| **Employer Address:** | 5201 Congress Ave | | **State Exemptions:** | (FL) | |
| | Suite 160 | | | | |
| | Boca Raton, FL 33487 | | | | |

| | Current 11/9/2025 - 11/22/2025 | | | YTD As of 11/22/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 40.0000 | | $865.39 | 1,880.0000 | $71,294.87 |
| Regular | | | | 1,728.0000 | $37,384.61 |
| Holiday | | | | 56.0000 | $1,211.55 |
| Commission | | | | | $18,046.42 |
| Sick Pay | 10.0000 | 21.6346 | $216.35 | 18.0000 | $389.43 |
| Vacation | 30.0000 | 21.6346 | $649.04 | 54.0000 | $1,168.28 |
| Personal | | | | 24.0000 | $519.23 |
| Bonus | | | | | $12,875.00 |
| **On-Demand Previous Year | | | | | ($299.65) |
| **Pre-Tax Deductions** | | | $92.77 | | $2,226.48 |
| Dental Pre-Tax | | | $11.54 | | $276.96 |
| Medical 125 | | | $81.23 | | $1,949.52 |
| **Taxes** | | | $78.67 | | $13,904.01 |
| Fed W/H | | | $19.57 | | $8,620.28 |
| FICA EE | | | $47.90 | | $4,282.24 |
| Fed MWT EE | | | $11.20 | | $1,001.49 |
| **Post-Tax Deductions** | | | $4.54 | | $108.96 |
| Accident Ins | | | $4.54 | | $108.96 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $689.41 | | $55,055.42 |
| On-Demand Pay - 11/10/2025 | | | $34.82 | | |
| Direct Deposit | 041215663 | XXXXXXXXX1275 | $654.59 | | |

| **Accruals & Balances** | |
|---|---|
| Vacation Hours Balance: | 21.16 Hours |
| Personal Hours Balance: | 0.00 Hours |
| Sick Hours Balance: | 30.00 Hours |
| Volunteer Day Balance: | 1.00 Days - Daily Hours |

| **Messages from your Employer** |
|---|
| Ethics/Fraud Hotline Number: 1-800-354-7197  Patient Safety Hotline: 800-513-5635  Clinical Hotline: 800-998-5058 |

**The amount of ODP wages and taxes from the first pay period paid out prior to January are reflected as YTD wages in the prior calendar year.





**Employee Name:** James F Faretti III
**Employee #:** 200630
**Employee Address:** 1050 Oranole Rd
Maitland, FL 32751
**Department:** Recruitment (CCA)
**Business Title:** Recruiter

**Employer Name:** Cross Country Staffing Inc.

**Employer Phone:** 1-800-347-2264
**Employer Address:** 6551 Park of Commerce Blvd
Boca Raton, FL 33487

**Pay Date:** 11/13/2025
**Pay Period:** 10/26/2025 - 11/8/2025
**Deposit Advice #:** 155899662
**Pay Frequency:** Bi-Weekly
**Pay Rate:** $1,730.77
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**State Filing Status:** (FL)
**State Exemptions:** (FL)

| | Current 10/26/2025 - 11/8/2025 | | | YTD As of 11/8/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | | | **$825.00** | 1,840.0000 | **$70,429.48** |
| Regular | | | | 1,728.0000 | $37,384.61 |
| Holiday | | | | 56.0000 | $1,211.55 |
| Commission | | | | | $18,046.42 |
| Sick Pay | | | | 8.0000 | $173.08 |
| Vacation | | | | 24.0000 | $519.24 |
| Personal | | | | 24.0000 | $519.23 |
| Bonus | | | $825.00 | | $12,875.00 |
| **On-Demand Previous Year | | | | | ($299.65) |
| **Pre-Tax Deductions** | | | | | **$2,133.71** |
| Dental Pre-Tax | | | | | $265.42 |
| Medical 125 | | | | | $1,868.29 |
| **Taxes** | | | **$244.61** | | **$13,825.34** |
| Fed W/H | | | $181.50 | | $8,600.71 |
| FICA EE | | | $51.15 | | $4,234.34 |
| Fed MWT EE | | | $11.96 | | $990.29 |
| **Post-Tax Deductions** | | | | | **$104.42** |
| Accident Ins | | | | | $104.42 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$580.39** | | **$54,366.01** |
| Direct Deposit | 041215663 | XXXXXXXXX1275 | $580.39 | | |

| **Accruals & Balances** | |
|---|---|
| Vacation Hours Balance: | 46.54 Hours |
| Personal Hours Balance: | 0.00 Hours |
| Sick Hours Balance: | 40.00 Hours |
| Volunteer Day Balance: | 1.00 Days - Daily Hours |

| **Messages from your Employer** |
|---|
| Ethics/Fraud Hotline Number: 1-800-354-7197  Patient Safety Hotline: 800-513-5635  Clinical Hotline: 800-998-5058 |

**The amount of ODP wages and taxes from the first pay period paid out prior to January are reflected as YTD wages in the prior calendar year.



Case 26-50560-jwj    Doc 5    Filed 01/13/26    Entered 01/13/26 13:09:18    Desc Main
Document    Page 6 of 7



| | Employee Name: | James F Ferguson III |
|---|---|---|
| | Employee #: | 200630 |
| | Employee Address: | 1050 Oranole Rd |
| | | Maitland, FL 32751 |
| | Department: | Recruitment (CCA) |
| | Business Title: | Recruiter |

| | | |
|---|---|---|
| **Employer Name:** | Cross Country Staffing Inc. | |
| **Employer Phone:** | 1-800-347-2264 | |
| **Employer Address:** | 6551 Park of Commerce Blvd | |
| | Boca Raton, FL 33487 | |

| | |
|---|---|
| Pay Date: | 01/13/2026 |
| Pay Period: | 10/26/2025 - 11/8/2025 |
| Check #: | 155899661 |
| Pay Frequency: | Bi-Weekly |
| Pay Rate: | $1,730.77 |
| Federal Filing Status: | Single |
| Federal 2c/Extra Withholding: | No/$0.00 |
| State Filing Status: | (FL) |
| State Exemptions: | (FL) |

| | Current 10/26/2025 - 11/8/2025 | | | YTD As of 11/8/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.0000 | | $3,907.00 | 1,840.0000 | $69,604.48 |
| Regular | 48.0000 | 21.6346 | $1,038.46 | 1,728.0000 | $37,384.61 |
| Holiday | | | | 56.0000 | $1,211.55 |
| Commission | | | $2,176.23 | | $18,046.42 |
| Sick Pay | | | | 8.0000 | $173.08 |
| Vacation | 16.0000 | 21.6346 | $346.16 | 24.0000 | $519.24 |
| Personal | 16.0000 | 21.6346 | $346.15 | 24.0000 | $519.23 |
| Bonus | | | | | $12,050.00 |
| **On-Demand Previous Year | | | | | ($299.65) |
| **Pre-Tax Deductions** | | | $92.77 | | $2,133.71 |
| Dental Pre-Tax | | | $11.54 | | $265.42 |
| Medical 125 | | | $81.23 | | $1,868.29 |
| **Taxes** | | | $808.38 | | $13,580.73 |
| Fed W/H | | | $516.59 | | $8,419.21 |
| FICA EE | | | $236.48 | | $4,183.19 |
| Fed MWT EE | | | $55.31 | | $978.33 |
| **Post-Tax Deductions** | | | $4.54 | | $104.42 |
| Accident Ins | | | $4.54 | | $104.42 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $3,001.31 | | $53,785.62 |
| On-Demand Pay - 10/27/2025 | | | $34.81 | | |
| On-Demand Pay - 10/29/2025 | | | $79.92 | | |
| On-Demand Pay - 10/29/2025 | | | $79.92 | | |
| On-Demand Pay - 10/31/2025 | | | $150.05 | | |
| On-Demand Pay - 11/4/2025 | | | $141.70 | | |
| Direct Deposit | 041215663 | XXXXXXXXX1275 | $2,514.91 | | |

| **Accruals & Balances** | |
|---|---|
| Vacation Hours Balance: | 46.54 Hours |
| Personal Hours Balance: | 0.00 Hours |
| Sick Hours Balance: | 40.00 Hours |
| Volunteer Day Balance: | 1.00 Days - Daily Hours |

| **Messages from your Employer** |
|---|
| Ethics/Fraud Hotline Number: 1-800-354-7197  Patient Safety Hotline: 800-513-5635  Clinical Hotline: 800-998-5058 |

**The amount of ODP wages and taxes from the first pay period paid out prior to January are reflected as YTD wages in the prior calendar year.





Employee Name:    James F Farley III
Employee #:    200630
Employee Address:    1050 Orange Rd
Maitland, FL 32751
Department:    Recruitment (CCA)
Business Title:    Recruiter

**Pay Date:** 10/30/2025
**Pay Period:** 10/12/2025 - 10/25/2025
**Check #:** 147530015
**Pay Frequency:** Bi-Weekly
**Pay Rate:** $1,730.77
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**State Filing Status:** (FL)
**State Exemptions:** (FL)

**Employer Name:** Cross Country Staffing Inc.

**Employer Phone:** 1-800-347-2264
**Employer Address:** 6551 Park of Commerce Blvd
Boca Raton, FL 33487

| | Current 10/12/2025 - 10/25/2025 | | | YTD As of 10/25/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **80.0000** | | **$1,730.77** | **1,760.0000** | **$65,697.48** |
| Regular | 72.0000 | 21.6346 | $1,557.69 | 1,680.0000 | $36,346.15 |
| Holiday | | | | 56.0000 | $1,211.55 |
| Commission | | | | | $15,870.19 |
| Sick Pay | | | | 8.0000 | $173.08 |
| Vacation | | | | 8.0000 | $173.08 |
| Personal | 8.0000 | 21.6346 | $173.08 | 8.0000 | $173.08 |
| Bonus | | | | | $12,050.00 |
| **On-Demand Previous Year | | | | | ($299.65) |
| **Pre-Tax Deductions** | | | **$92.77** | | **$2,040.94** |
| Dental Pre-Tax | | | $11.54 | | $253.88 |
| Medical 125 | | | $81.23 | | $1,787.06 |
| **Taxes** | | | **$243.47** | | **$12,772.35** |
| Fed W/H | | | $118.16 | | $7,902.62 |
| FICA EE | | | $101.56 | | $3,946.71 |
| Fed MWT EE | | | $23.75 | | $923.02 |
| **Post-Tax Deductions** | | | **$4.54** | | **$99.88** |
| Accident Ins | | | $4.54 | | $99.88 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,389.99** | | **$50,784.31** |
| On-Demand Pay - 10/15/2025 | | | $194.65 | | |
| On-Demand Pay - 10/17/2025 | | | $78.79 | | |
| On-Demand Pay - 10/20/2025 | | | $71.26 | | |
| On-Demand Pay - 10/20/2025 | | | $71.26 | | |
| On-Demand Pay - 10/22/2025 | | | $70.48 | | |
| On-Demand Pay - 10/23/2025 | | | $69.53 | | |
| On-Demand Pay - 10/24/2025 | | | $69.52 | | |
| Direct Deposit | 041215663 | XXXXXXXXX1275 | $764.50 | | |

| Accruals & Balances | |
|---|---|
| Vacation Hours Balance: | 57.92 Hours |
| Personal Hours Balance: | 16.00 Hours |
| Sick Hours Balance: | 40.00 Hours |
| Volunteer Day Balance: | 1.00 Days - Daily Hours |

**Messages from your Employer**

Ethics/Fraud Hotline Number: 1-800-354-7197  Patient Safety Hotline: 800-513-5635  Clinical Hotline: 800-998-5058

**The amount of ODP wages and taxes from the first pay period paid out prior to January are reflected as YTD wages in the prior calendar year.

