**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In     Debtor(s)
Re:   **James Francis Farley III**                          Case No.: **26–50560–jwj**
                                                             Chapter:  **7**

### FREE ELECTRONIC NOTICING OF ORDERS AND COURT NOTICES
### NOW AVAILABLE FOR DEBTORS

### DEBTOR ELECTRONIC NOTICING (DeBN)

DeBN is a FREE and voluntary service that allows individual debtors to request delivery of court notices and orders from the bankruptcy court by email instead of U.S. mail.

Advantages of DeBN

- There is no charge to view or save emailed orders and court notices.
- Orders and court notices are emailed the same day the court generates them.

How to Sign Up

- Debtors must complete, sign, and file a *Debtor's Electronic Noticing Request (DeBN) form* (activation form).
- The activation form may be filed in person at the Bankruptcy Court Clerk's office (photo ID required) or mailed to the court with a copy of the debtor's driver's license or other Government issued ID.
- If applicable, debtor's attorney can electronically file the activation form.

Access the DeBN activation form and information by visiting the DeBN page on the Court's website.

### *https://www.ganb.uscourts.gov/debn*

Contact the Clerk's office with any questions regarding DeBN at 404–215–1000, option #1.

Dated:   January 14, 2026

\*\* Mailing Address
United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

Vania S. Allen
Clerk of Court
U. S. Bankruptcy Court

Form debnnot

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                    Case No. 26-50560-jwj

James Francis Farley, III                                                     Chapter 7

　　　　Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 14, 2026 | Form ID: debnnot | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2026:**

**Recip ID                    Recipient Name and Address**
db                        + James Francis Farley, III, 1460 La France Street, Apt 436, Atlanta, GA 30307-2972

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| S. Gregory Hays | ghays@haysconsulting.net  saskue@haysconsulting.net;GA32@ecfcbis.com |
| Stanley J. Kakol, Jr. | on behalf of Debtor James Francis Farley  III documents@sjklawfirm.com, KakolSR88373@notify.bestcase.com;sjkcourtnotices@gmail.com |

TOTAL: 3