BL9988103

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

IN RE:  JAMES FRANCIS FARLEY III   :   Chapter: 7

          :

          :

          :

          :   BANKRUPTCY NO: 26-50560

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

 1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor

listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

 2. The address to which all such notices should be sent and substituted for that of the creditor:

      **American Express National Bank**
      **c/o Becket & Lee LLP**
      **PO Box 3001**
      **Malvern, PA 19355-0701**

      By: /s/ Christopher Cramer

        Christopher Cramer, Claims Administrator
        Becket & Lee LLP
        PO Box 3001
        Malvern, PA 19355-0701

        Date:   01/20/2026