Certificate Number: 13858-GAN-DE-040601357

Bankruptcy Case Number: 26-50560



13858-GAN-DE-040601357

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 9, 2026, at 5:37 o'clock PM EST, James Francis Farley, III completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:   February 9, 2026              By:     /s/Chloe Reardon

Name:  Chloe Reardon

Title:   Counselor