## UNITED STATES BANKRUPTCY COURT

**For The Northern District of Georgia**

In      Debtor(s)
Re:   **James Francis Farley III**    : Case No.: **26–50560–jwj**
1460 La France Street     : Judge:  **Jonathan W. Jordan**
Apt 436         : Chapter:  **7**
Atlanta, GA 30307

**xxx–xx–2324**

### Clerk's Notice Re: United States Trustee's Statement of Presumed Abuse

You are hereby notified that:

The United States Trustee has reviewed all materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under 11 U.S.C. § 707(b)(2).

Dated:   February 24, 2026

Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Form 403

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                    Case No. 26-50560-jwj

James Francis Farley, III                                                 Chapter 7

  Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                    User: bncadmin                    Page 1 of 3

Date Rcvd: Feb 24, 2026                 Form ID: 403                      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Francis Farley, III, 1460 La France Street, Apt 436, Atlanta, GA 30307-2972 |
| 25664329 | + | CWS Apartment Homes, LLC, 9606 N Mopac Expy., Austin, TX 78759-5960 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25673496 | | Email/PDF: bncnotices@becket-lee.com | Feb 24 2026 20:43:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 25664318 | + | Email/PDF: bncnotices@becket-lee.com | Feb 24 2026 20:43:22 | Amex, American Express Customer Service, Attn:, P.O. Box 981535, El Paso, TX 79998-1535 |
| 25664317 | + | Email/PDF: bncnotices@becket-lee.com | Feb 24 2026 20:43:22 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 25664319 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2026 20:42:57 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 25664320 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2026 20:37:00 | Ccb/saks, Comenity Capital Bank, Bankruptcy Depart, Po Box 182125, Columbus, OH 43218-2125 |
| 25664321 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2026 20:43:19 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 25664322 | + | Email/Text: bankruptcy@axcess-financial.com | Feb 24 2026 20:36:00 | Check N Go, Check n Go, Attn: Bankruptcy, P.O. Box 36454, Cincinnati, OH 45236-0454 |
| 25664323 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2026 20:37:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 25664324 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2026 20:37:00 | Comenity bank/J Crew, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 25664325 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2026 20:37:00 | Comenity/Century 21, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 25664326 | ^ | MEBN | Feb 24 2026 20:31:58 | Cornerstone, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 25664327 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 24 2026 20:39:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 25664328 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 24 2026 20:42:59 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 25664330 | | Email/Text: mrdiscen@discover.com | Feb 24 2026 20:36:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 25664331 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 24 2026 20:38:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

District/off: 113E-9 | User: bncadmin | Page 2 of 3
Date Rcvd: Feb 24, 2026 | Form ID: 403 | Total Noticed: 29

| 25664332 | + Email/Text: bnc-bluestem@quantum3group.com | Feb 24 2026 20:38:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 25664333 | Email/Text: brnotices@dor.ga.gov | Feb 24 2026 20:38:00 | Georgia Department of Revenue, Compliance Division, ARCS-Bankruptcy, 1800 Century Blvd, N.E. Ste 9100, Atlanta, GA 30345 |
| 25664334 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2026 20:37:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 25664335 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2026 20:43:02 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 25664336 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2026 20:38:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 25664337 | + Email/Text: bankruptcy@td.com | Feb 24 2026 20:38:00 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 25664338 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2026 20:43:06 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 25664339 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2026 20:43:18 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965065, Orlando, FL 32896-5065 |
| 25664340 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2026 20:43:06 | Synchrony/American Eagle, Sttn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 25664341 | + Email/Text: bncmail@w-legal.com | Feb 24 2026 20:37:00 | Target NB, Co Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 25665068 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Feb 24 2026 20:37:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 25664342 | + Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Feb 24 2026 20:42:58 | Wells Fargo/Dillards, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2026          Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2026 at the address(es) listed below:

District/off: 113E-9                     User: bncadmin                          Page 3 of 3
Date Rcvd: Feb 24, 2026                  Form ID: 403                            Total Noticed: 29

**Name**                        **Email Address**

Lindsay P. S. Kolba
                                on behalf of U.S. Trustee Office of the United States Trustee lindsay.p.kolba@usdoj.gov

Office of the United States Trustee
                                ustpregion21.at.ecf@usdoj.gov

S. Gregory Hays
                                ghays@haysconsulting.net  saskue@haysconsulting.net;GA32@ecfcbis.com

Stanley J. Kakol, Jr.
                                on behalf of Debtor James Francis Farley  III documents@sjklawfirm.com,
                                KakolSR88373@notify.bestcase.com;sjkcourtnotices@gmail.com


TOTAL: 4